6             IN THE UNITED STATES DISTRICT COURT

7              FOR THE DISTRICT OF ARIZONA

8

9

| | |
|---|---|
| 10    Eduardo Benhur Ruiz,              ) | |
|                           ) | |
| 11             Petitioner,        ) | No. CV-07-2491-PHX-PGR (HCE) |
|          vs.                     ) | |
| 12                           ) | |
|    Charles L. Ryan, et al.,         ) | ORDER |
| 13                           ) | |
|             Respondents.      ) | |
| 14 | |

15       Having reviewed *de novo* the Report and Recommendation of Magistrate

16 Judge Estrada in light in Petitioner's Objection to Magistrate Judge's Report and

17 Recommendation (doc. #17), the Court finds that the petitioner's objections

18 should be overruled because the Magistrate Judge correctly concluded that the

19 petitioner's habeas petition, filed pursuant to 28 U.S.C. § 2254 on November 18,

20 2007, must be dismissed as it was filed almost one year after the expiration of the

21 statute of limitations set forth in 28 U.S.C. § 2244(d)(1).

22       As the Magistrate Judge correctly determined, the AEDPA's one-year

23 limitations period commenced running on December 8, 2005, and expired on

24 December 8, 2006. Although the petitioner cursorily raises the issue of equitable

25 tolling for the first time in his objections to the Report and Recommendation, the

26 Court concludes that the petitioner is not entitled to any equitable tolling of the

1  limitations period because he has not made any adequate showing that his failure

2  to timely file his § 2254 petition was caused by any extraordinary circumstance

3  beyond his control.  Therefore,

4      IT IS ORDERED that the Magistrate Judge's Report and Recommendation

5  (doc. #16) is accepted and adopted by the Court.

6      IT IS FURTHER ORDERED that the petitioner's Petition for Writ of Habeas

7  Corpus by a Person in State Custody Pursuant to 28 U.S.C. § 2254 is denied as

8  time-barred and that this action is dismissed with prejudice.  The Clerk of the

9  Court shall enter judgment accordingly.

10     IT IS FURTHER ORDERED that no certificate of appealability shall issue.

11     DATED this 11th day of January, 2010.

Paul G. Rosenblatt
United States District Judge